Gregory Lynn GORDON,
Plaintiff—Appellant,

v.

Brian Clayton HUNCKE, Detective; Brian Wayne Keziah; Detective Eddie Cathey; Sheriff Trey Robinson; District Attorney Christopher Bragg; Judge Sgt. B.D. Helms; A.E. Barnes, Defendants—Appellees.

No. 11–7396.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 12, 2012.

Decided: Jan. 18, 2012.

Gregory Lynn Gordon, Appellant Pro Se. William L. Hill, James Demarest Secor, III, Frazier Hill & Fury, RLLP, Greensboro, North Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lynn Gordon appeals the district court's order transferring his 42

U.S.C. § 1983 (2006) action to the Western District of North Carolina for lack of personal jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Gordon seeks to appeal is not a final order, nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*